# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CURTIS M. HERMAN and AUSTIN JAMES ASSOCIATES, INC.,** | : | 3:13cv1118 |
| Plaintiffs | : | (Judge Munley) |
| v. | : | |
| **STEVEN J. HARMAN, UNDERGROUND STORAGE TANK INDEMNIFICATION BOARD MEMBERS: MICHAEL F. CONSEDINE; E. CHRISTOPHER ABRUZZO; W. MICHAEL SMITH; E. BRUCE SHELLER; J. STEPHEN HIEBER; LARRY T. MORTON; NANCY MARICONDI and STEPHANIE C. WISSMAN, KERRY L. YOUNDT and ICF INCORPORATED, LLC,** | : | |
| Defendants | : | |

## ORDER

**AND NOW**, to wit, this 2nd day of December, 2013, the defendants' motions to dismiss plaintiffs' amended complaint (Docs. 30, 31) are **GRANTED**. It is further ordered that plaintiffs' motion for a preliminary injunction (Doc. 26) is **DENIED as MOOT**. The Clerk of Court is directed to close this case.

                                              **BY THE COURT:**

                                              **s/ James M. Munley**
                                              **JUDGE JAMES M. MUNLEY**
                                              **United States District Court**