IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CURTIS M. HERMAN and AUSTIN JAMES ASSOCIATES, INC., <br> Plaintiffs <br><br> v. <br><br> STEVEN J. HARMAN, UNDERGROUND STORAGE TANK INDEMNIFICATION BOARD MEMBERS: MICHAEL F. CONSEDINE; E. CHRISTOPHER ABRUZZO; W. MICHAEL SMITH; E. BRUCE SHELLER; J. STEPHEN HIEBER; LARRY T. MORTON; NANCY MARICONDI and STEPHANIE C. WISSMAN, KERRY L. YOUNDT and ICF INCORPORATED, LLC, <br> Defendants | 3:13cv1118 <br><br> (Judge Munley) |

## ORDER

**AND NOW**, to wit, this 15th day of January 2014, plaintiffs' motion for reconsideration (Doc. 60) and motion to alter or amend a judgment (Doc. 66) are hereby **DENIED**. It is further ordered that Defendant Harman's request to file a Sur-Reply (Doc. 72) is **DENIED**.

                                                  BY THE COURT:

                                                  **s/ James M. Munley**
                                                  **JUDGE JAMES M. MUNLEY**
                                                  **United States District Court**